# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:08cv0489 TCM ) |
| GORMAN & GORMAN RESIDENTIAL, MORTGAGE SERVICES, INC. | ) ) ) |
| Defendant. | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order filed this date in the above-named cause of action and incorporated herein,

**IT IS HEREBY ORDERED** that the third-party complaint of Gorman & Gorman Residential Mortgage Services, Inc., against Deborah Gorman is DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that Deborah Gorman is DISMISSED from this action.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of September, 2008.