IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br>A National Banking Association,<br><br>Plaintiff,<br><br>v.<br><br>GORMAN & GORMAN RESIDENTIAL<br>MORTGAGE SERVICES, INC.,<br>A Missouri Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 4:08-cv-00489-TCM |

**MOTION:**
Granted ✓
Denied _____
Overruled _____
Date OKTM 9/16/08

## STIPULATION REGARDING CONFIDENTIALITY

The undersigned parties to the above-entitled action hereby stipulate and agree that the attached protective order may be executed by the Court and filed without further notice to any party.

This stipulation may be signed in counterparts.

Dated: September 12, 2008

/s/ Talmage E. Newton, IV *(by consent)*
Talmage E. Newton, IV (#510903)
EVANS & DIXON, L.L.C.
515 Olive Street, Suite 1100
St. Louis, Missouri 63101
Telephone: (314) 621-7755
Facsimile: (314) 621-3136
tnewton@evans-dixon.com